UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-18 |
| | ) | JUDGE CAMPBELL |
| ROBERTO MANIER | ) | |

ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 807). The Court will hold a hearing on the Petition on July 27, 2012, at 10:00 a.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE