UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031-18 |
| | ) | JUDGE CAMPBELL |
| ROBERTO MANIER | ) | |

## ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 822). The Motion is GRANTED.

The hearing on the Petition for Revocation of Supervised Release (Docket No. 807) currently scheduled for July 26, 2012, is RESCHEDULED for August 9, 2012, at 2:30 p.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE