UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00031 |
| | ) | JUDGE CAMPBELL |
| JAMES ROBERTSON | ) | |

ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 828). The Court will hold a hearing on the Petition on November 2, 2012, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE