# UNITED STATES DISTRICT COURT

<table>
<tr><td>MIDDLE</td><td>District of</td><td>TENNESSEE</td></tr>
</table>

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

|  |  |
|---|---|
| JAMES ROBERTSON | Case Number:     3:06-00031 |
|  | USM Number:     17705-075 |
|  | Joseph F. Edwards |
|  | Defendant's Attorney |

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)   <u>One (1)</u>   of the term of supervision.

☐   was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled Substance | 9/5/12 |

     The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

|  |  |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. <u>0826</u> | <u>November 2, 2012</u><br>Date of Imposition of Judgment |
|  |  |
| Defendant's Year of Birth:     <u>1974</u> | *Todd Campbell*<br>Signature of Judge |
|  |  |
| City and State of Defendant's Residence: | <u>Todd J. Campbell, United States District Judge</u><br>Name and Title of Judge |
|     Lebanon, Tennessee | |
|  | <u>November 2, 2012</u><br>Date |

---

DEFENDANT:     JAMES ROBERTSON                              Judgment — Page 2 of 2
CASE NUMBER:    3:06-00031

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   thirteen (13) months

No period of Supervised Release is imposed.

_____    The Court makes the following recommendations to the Bureau of Prisons:

  X    The Defendant is remanded to the custody of the United States Marshal.

_____    The Defendant shall surrender to the United States Marshal for this District:

        _____    at _____ p.m. on _____

        _____    as notified by the United States Marshal.

_____    The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

        _____    before 2 p.m. on _____

        _____    as notified by the United States Marshal.

        _____    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

                                    _____

                                    United States Marshal

                                    By: _____

                                    Deputy United States Marshal